*Robert Hagerman,* pro se, on the application.

Submitted April 14—decided April 23, 1975

STATE OF CONNECTICUT *v.* MICHAEL ALSTON

The state's motion to expedite the appeal from the Superior Court in New Haven County pursuant to § 762 of the Practice Book, as amended, is denied without prejudice to a renewal of the motion after the record has been filed.

*William F. Gallagher,* special assistant state's attorney, in support of the motion.

*Edward J. Dolan,* special public defender, in opposition.

Submitted April 16—decided April 23, 1975